

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-18-00207-CV**

**IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.**

_____

**Original Proceeding**

## ORDER

Relator's Petition for Writ of Mandamus was filed on June 29, 2018. The Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed August 1, 2018

